In the Matter of KENNETH MYERS, Appellant, v BRIAN FISCHER, as Commissioner of Corrections and Community Supervision, et al., Respondents.

Decided October 15, 2013

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.

In the Matter of EMMANUEL PATTERSON, Appellant, v ANDREA W. EVANS, Chairwoman, New York State Division of Parole, et al., Respondents.

Submitted August 19, 2013; decided October 15, 2013

Motion, insofar as it seeks leave to appeal from the Appellate Division order denying reargument or leave to appeal to the Court of Appeals, dismissed upon the ground that such order does not finally determine the proceeding within the meaning of the Constitution; motion for leave to appeal otherwise denied. Motion for poor person relief dismissed as academic.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES R. PINE, Appellant.

Decided October 15, 2013

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no civil appeal lies from the order entered in this criminal proceeding (*see* NY Const, art VI, § 3 [b]; CPLR 5601; CPL 450.90).